In the Matter of the Claim of THOMAS TIEBOUT, Respondent. DENGLER BROS., INC., Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent.—

1058

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.